# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO 20-05068-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **9711027** |
| **vs.** | **Location Code: M13** |
| **ANGELA R.M. NORTH PIEGAN,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 9711027 (for a total of $180), and for good cause shown, IT IS ORDERED that the $180 fine paid by the defendant is accepted as a full adjudication of violation 9711027.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 4, 2021, is VACATED.

DATED this 3rd day of March, 2021.

John Johnston
United States Magistrate Judge